FILED BY_____MB_____D.C.

Apr 10, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-MJ-00024-SMM

UNITED STATES OF AMERICA

v.

JORGE LUIS GUTIERREZ-BUCIO,

Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No**

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?      **No**

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  **No**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?        **No**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ Justin L. Hoover
      **JUSTIN L. HOOVER**
      Assistant United States Attorney
      Court ID No. A5502493
      101 S. U.S. Highway 1, Suite 3100
      Fort Pierce, Florida 34950
      Tel: (772) 466-0899
      Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Justin L. Hoover

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY _____ MB _____ D.C.

Apr 10, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JORGE LUIS GUTIERREZ-BUCIO, | ) | Case No.  26-MJ-00024-SMM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 18, 2026 _____ in the county of _____ Okeechobee _____ in the
_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(A) | Unlawful Alien in Possession of a Firearm and Ammunition. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Angelo Zaravelis, Deportation Officer,ICE
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  April 10, 2026

_____
Judge's signature

City and state:  _____ Fort Pierce, Florida _____

Shaniek Mills Maynard, U.S. Magistrate Judge
_____
Printed name and title

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jorge Luis GUTIERREZ-BUCIO ("GUTIERREZ-BUCIO") committed the offense of being an unlawful alien in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(5)(A).

3. The Okeechobee City Police Department ("OCPD") has partnered with ICE and is part of the 287(g) Program. The program delegates federal immigration enforcement authorities to state and local law enforcement agencies.

4. On March 18, 2026, the OCPD conducted a vehicle stop on GUTIERREZ-BUCIO in the City of Okeechobee, Florida, due to GUTIERREZ-BUCIO operating a motorcycle without eye protection, in violation of Florida Statutes § 316.211(2). During the encounter, GUTIERREZ-BUCIO provided a Mexican identification card and stated he does not have a driver license. GUTIERREZ-BUCIO stated that he is a citizen of Mexico and not of the United States.

5.     OCPD contacted ICE, who then conducted a brief telephonic interview with GUTIERREZ-BUCIO.  Based on the interview and record checks, it was determined that GUTIERREZ-BUCIO is illegally present in the United States.

6.     OCPD arrested GUTIERREZ-BUCIO for operating a motorcycle without a license, in violation of Florida Statutes § 322.03(5).  During a search incident to arrest, officers located a Ruger LCR .22 caliber revolver in GUTIERREZ-BUCIO's waistband.  The revolver was loaded with eight rounds of ammunition.

7.     On March 31, 2026, an interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") examined the aforementioned firearm and ammunition.  Based on the expert's training and experience, as well as the manufacturers' markings, the firearm and ammunition were manufactured outside the State of Florida, therefore traveled in and affected interstate and/or foreign commerce prior to their possession by GUTIERREZ-BUCIO.

8.     On April 1, 2026, ICE deportation officers interviewed GUTIERREZ-BUCIO. Post-Miranda, GUTIERREZ-BUCIO admitted that he is a citizen of Mexico and not of the United States and does not have any lawful immigration status in the United States.  GUTIERREZ-BUCIO further acknowledged that he was aware that he could not legally possess a firearm.

9.     ICE officers searched DHS databases using GUTIERREZ-BUCIO's name, date of birth, and fingerprints.  As a result, immigration record queries of GUTIERREZ-BUCIO indicate that there is no record of lawful entry into the United States at any time.   GUTIERREZ-BUCIO has neither applied for nor received an immigrant or non-immigrant visa, nor has he been granted U.S. citizenship.

10.     Based on the foregoing, GUTIERREZ-BUCIO committed the offense of being an unlawful alien in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(5)(A).

_____
Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this 10th day of April, 2026.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

3